# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DEE WILLIAMS, on behalf of K.W., a minor,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HARDESTY,<br><br>Defendant. | Case No. 3:17-cv-00377-MMD-VPC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE |

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (ECF No. 12) ("R&R" or "Recommendation") regarding Plaintiff's amended complaint and various motions. The Magistrate Judge recommends dismissing this case without prejudice and without leave to amend. (ECF No. 12.) Plaintiff had until April 24, 2018, to object to the R&R. (*See id.*) To date, no objection has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See*

*United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a de novo review to determine whether to adopt Magistrate Judge Cooke's R&R. The Magistrate Judge recommends that this case be dismissed without prejudice and without leave to amend, and that the Court grants the motion to seal but denies the remaining two motions. Upon reviewing the filings in this case, the Court finds good cause to adopt the R&R.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 12) is accepted and adopted in its entirety.

It is further ordered that this case is dismissed without prejudice and without leave to amend.

It is further ordered the motion for appointment of counsel (ECF No. 9) is denied.

It is further ordered that the motion for leave for oral argument (ECF No. 10) is denied.

It is further ordered that the motion to seal (ECF Nos. 4) is granted.

The Clerk is directed to enter judgment in accordance with this Order and close this case.

DATED THIS 11th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE